UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-46654 |
| Timothy R. Schabb, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: January 9, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:      Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:      Estate

Date of Order Authorizing
Employment:      December 4, 2013

Period for Which
Compensation is sought:      January 21, 2014 to Close of Case

Amount of Fees sought:      $1,000.00

Amount of Expense
Reimbursement sought:      $0.00

This is an:      Interim Application __      Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: December 2, 2014      Elizabeth C. Berg, Trustee of the Estate of
Timothy R. Schabb, Debtor

By: ___/s/ Elizabeth C. Berg, Trustee_____
Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-46654 |
| Timothy R. Schabb | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: January 9, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Timothy R. Schabb, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,000.00 as final compensation for her services rendered as trustee in this case from December 4, 2013 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on December 4, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. At the time of filing, Debtor held nonexempt assets in a bank account and a Tax Refund as well as equity in his 2003 Harley Davidson motorcycle ("Property").

4. The bar date for filing claims in this case was May 30, 2014.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from December 4, 2013 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor under oath.

B. Trustee prepared a turnover and document request letter regarding the Property and received no response. The Trustee then prepared and filed a Motion for Turnover of the Property. After obtaining a turnover order, the Trustee served the Debtor and his counsel with the Order. After numerous requests to the Debtor's Counsel regarding turnover of the property, Trustee was able to reach a settlement agreement directly with the Debtor and recover $4,000.00 in consideration for the estate's interest in the Property;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

2

F. Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $4,000.00 on behalf of the Estate. Trustee has made $ 10.00 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B of the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 22.20 hours rendering services on behalf of this Estate with a value of $5,415.00. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,000.00 as follows:

| | |
|---|---|
| 25% of the first $4,000 | $1,000.00 |
| Total allowable compensation | $1,000.00 |

3

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from December 4, 2013 through the closing of the case in the amount of $1,000.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Timothy R. Schabb, debtor, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,000.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from December 4, 2013 through the closing of this case ; and

4

    B. Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

    C. For such other and further relief as this Court deems appropriate.


Dated:  October 24, 2014      Elizabeth C. Berg, as trustee of the estate
               of Timothy R. Schabb, debtor


              By:___/s/ Elizabeth C. Berg, as trustee___
                Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**  **Timothy R. Schabb, Debtor**
**Case No. 13-46654**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:     (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

October 21, 2014
Invoice No:    02530

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, Illinois 60602

**In Reference to:**    *Schabb - Trustee*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/21/2014 | JMM | Input DSO information into TCMS (.1), Draft letter to DSO claimant and IL DSO Agency (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/20/2014 | ECB | Review 2012 tax returns and calculate potential ITR for 2013 (.2) TC to Debtor's counsel to request copy of MSA and 2013 tax return (.1) Confer with JMM re prep of demand for same (.1) | 0.40<br>$325.00/ hr | $130.00 |
| 2/26/2014 | ECB | Request appraisal from Harley Dealer on used 2003 softail (.2) Confer with JMM re request to turnover bank account and tax refund (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 2/26/2014 | JMM | Discuss case and potential equity w/ ECB (.2), File Asset Report (.1), Draft Letter to Debtor's Counsel re: Document Request/Turnover of Non-exempt funds (.6) | 0.90<br>$175.00/ hr | $157.50 |
| 2/27/2014 | ECB | Revise and finalize turnover demand and document request to Debtor's counsel | 0.30<br>$325.00/ hr | $97.50 |
| 2/27/2014 | JMM | Draft email to Debtor's Counsel re - Document Request Letter (.3) Draft Motion to Extend Time to File Objection to Discharge (.6), Draft Order (.2) | 1.10<br>$175.00/ hr | $192.50 |

**Baldi Berg, Ltd**                                                                    10/21/2014

Schabb - Trustee                                                                    Page    2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/07/2014 | ECB | Review and approve motion to employ counsel | 0.10<br>$325.00/ hr | $32.50 |
| 3/26/2014 | JMM | Draft email to follow-up with Debtor's counsel re: Document Request/Funds Turnover (.4) | 0.40<br>$175.00/ hr | $70.00 |
| 4/08/2014 | JMM | Listen to 341 Meeting testimony (.2), Draft Motion for Turnover of Debtor's Assets (.6) | 0.80<br>$175.00/ hr | $140.00 |
| 4/17/2014 | ECB | TC with A. Gonzalez, counsel for D's ex-wife, re status of bk case and collection (.1) Conf. with JMM re need for second extension of deadline to object and motion for turnover (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 4/25/2014 | JMM | Draft Motion for Second Extension of Time to File Complaint (.7), Draft Order Extending Time (.1), Edit re: same (.2) | 1.00<br>$175.00/ hr | $175.00 |
| 5/05/2014 | ECB | Confer with counsel re service of turnover order on Debtor's counsel | 0.10<br>$325.00/ hr | $32.50 |
| 5/08/2014 | ECB | Review claims docket (.1) Review turnover order, exemptions and schedules (.2) Calculate gross amount for turnover (.2) TC with Debtor's counsel re same (.2) | 0.70<br>$325.00/ hr | $227.50 |
| 5/09/2014 | ECB | Email debtor's counsel to serve turnover order and confirm agmt to reduce amount and wait expiration of bar date | 0.30<br>$325.00/ hr | $97.50 |
| 6/06/2014 | ECB | TC with Chase re intent to file proof of claim (.1) Email debtor's counsel re status of turnover (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 6/09/2014 | ECB | Review section 726 (a) (3) and respond to email from D's counsel re allowability of tardily-filed claims | 0.20<br>$325.00/ hr | $65.00 |

**Baldi Berg, Ltd**                                                                                        10/21/2014

Schabb - Trustee                                                                                    Page    3

---

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 6/19/2014 | ECB | Review claims filed by Chase Credit card and compare against schedules (.2) Email to Debtor's counsel re turnover (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 6/27/2014 | ECB | Revise and approve 3rd Mtn to Extend Time to Object to Discharge (.2) TC with Debtor's counsel re turnover status and allowability of tardily-filed claims of Chase (.3) Email to D's counsel re payment demand (.2) | 0.70<br>$325.00/ hr | $227.50 |
| 6/27/2014 | JMM | Draft Trustee's Third Motion for Extension of Time (.6), Proposed Order (.1), Edit Motion for Extension (.3) | 1.00<br>$175.00/ hr | $175.00 |
| 7/08/2014 | ECB | Check status of turnover and email D's counsel re same | 0.10<br>$325.00/ hr | $32.50 |
| 7/09/2014 | ECB | TC with J. Olstein re payment due for assets and debtor's intent to file objection to tardily filed claims (.3) Legal research re TR's ability to pay tardily filed claims as allowed claims (1.0) | 1.30<br>$325.00/ hr | $422.50 |
| 8/01/2014 | JMM | Draft email to Debtor's Counsel re: status of check (.1), Trip to Debtor's Counsel re: Turnover of Check, Failed to provide check (.2) | 0.30<br>$175.00/ hr | $52.50 |
| 8/14/2014 | ECB | Send additional demand for payment of non-exempt assets to Debtor's counsel | 0.10<br>$325.00/ hr | $32.50 |
| 8/28/2014 | ECB | Review Stinson Leonard article on civil contempt (.3) and discuss options with counsel (.3) Review history of emails from March 2014 through August 2014 regarding attempts to obtain turnover, debtor's failure to cooperate and alleged loss of check (.6) Prep timeline of same (.7) | 1.90<br>$325.00/ hr | $617.50 |
| 8/28/2014 | JMM | Review case communication and docket (.3), Draft Trustee's Motion for Extension of Time to File Objection to Discharge (.8), Draft proposed order (.1) | 1.20<br>$175.00/ hr | $210.00 |

**Baldi Berg, Ltd**  10/21/2014

Schabb - Trustee  Page 4

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 8/29/2014 | ECB | Conf with JDL regarding strategy to recover value of non-exempt assets in light of months of delay by uncooperative debtor and counsel (.3) Revise motion to extend time to object to discharge to provide Court with detail of issues (1.0) Review, reprise and approve BK counsel's letter to D and D's counsel (.3) | 1.50 $325.00/ hr | $487.50 |
| 9/02/2014 | ECB | Confer with counsel re strategy and steps to sell motorcycle | 0.10 $325.00/ hr | $32.50 |
| 9/05/2014 | ECB | TC with Debtor regarding recent demand letters and Debtor's difficulty with his counsel; Discuss requirements of turnover and potential resolution of case (.2); Memo to file re same (.2) | 0.40 $325.00/ hr | $130.00 |
| 9/09/2014 | ECB | TC with Debtor re status of turnover of funds | 0.10 $325.00/ hr | $32.50 |
| 9/12/2014 | ECB | TC with Timothy Schabb, agree on $4000 lump sum payment and arrange to meet for pickup of same on Monday, September 15, 2014 (.2) Email to Schabb to confirm same (.1) | 0.30 $325.00/ hr | $97.50 |
| 9/15/2014 | ECB | Meet T. Schabb to pickup check for non-exempt personal property | 0.30 $325.00/ hr | $97.50 |
| 9/16/2014 | JMM | Request EIN from IRS (.1), Open new bank account in TCMS and deposit funds (.1), Send check to Associated Bank via FedEx (.1) | 0.30 $175.00/ hr | $52.50 |
| 10/01/2014 | JMM | Update Form 3 Notes in preparation for filing of Trustee's Annual Reports (.2) | 0.20 $175.00/ hr | $35.00 |
| 10/08/2014 | ECB | Open, review and approve Sept '14 bank statements | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**                                                                                10/21/2014

Schabb - Trustee                                                                                    Page    5

---

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/2014 | JMM | Process September 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 10/15/2014 | JMM | Review case file for information needed to prepare TFR and related documents (.5), email to E. Berg re: questions regarding case (.1), Review claims and update system with information needed to prepare TFR and NFR (.4) | 1.00 $175.00/ hr | $175.00 |
| 10/15/2014 | JMM | Draft Trustee Fee Application (1.2), Prepare coversheet, proposed order, and affidavit (.3), Prepare TFR (1.0) and NFR (.4), Review and edit Trustee Final Report package (.5) | 3.40 $175.00/ hr | $595.00 |

|  |  |
|---|---|
| Total Fees | $5,415.00 |
| Total New Charges | $5,415.00 |
| Previous Balance | $0.00 |
| Balance Due | $5,415.00 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 10.20 | $325.00 |
| Jason M Manola | 12.00 | $175.00 |

**Trustee's Final Fee Application**                              **Timothy R. Schabb, Debtor**
                                                                **Case No. 13-46654**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Timothy R. Schabb, ) | | Case No. 13-46654 |
| ) | | |
| ) | | Honorable Donald R. Cassling |
| Debtor. ) | | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois     )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on November 11, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**