UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Timothy R. Schabb, | ) | Case No. 13-46654 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: January 9, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:           Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                  March 14, 2014

Period for Which
Compensation is sought:      March 7, 2014 to close of case

Amount of Fees sought:       $1,000.00*

Amount of Expense
Reimbursement sought:        $0.00

This is an:    Interim Application __    Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: December 2, 2014            Baldi Berg, Ltd., Attorneys for Trustee

                                   By: ___/s/  Elizabeth C. Berg_____
                                          Elizabeth C. Berg

*Baldi Berg incurred Attorney's fees totaling $1,437.50 but has voluntarily reduced its request for allowance in order to provide a greater return to creditors.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Timothy R. Schabb, | ) | Case No. 13-46654 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: January 9, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. formerly known as Baldi Berg & Wallace, Ltd., ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Timothy R. Schabb, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $1,000.00 as final compensation for 6.80 hours of legal services rendered to the Trustee from March 7, 2014 through the close of this case. In support thereof, BB respectfully states as follows:

**Introduction**

1. The Debtor commenced this case on December 4, 2013 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. At the time of filing, Debtor held nonexempt assets in a bank account and a Tax Refund as well as equity in his 2003 Harley Davidson motorcycle ("Property").

4. The bar date for filing general unsecured claims in this case was May 30, 2014.

**Retention of Baldi Berg, Ltd.**

5. On March 14, 2014, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for

Trustee at all times since its retention.

6. The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Julia D. Loper – Associate
> Jason M. Manola – Paralegal

**Prior Compensation Received**

7. This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

**Services Rendered by BB**

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney, paralegal or clerk, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9. The services rendered by BB in connection include advising the Trustee as to general case administration matters including the liquidation of the Estate's interest in the Property. BB investigated the liquidation value of the Property. BB made demand upon the Debtor for information regarding his 2013 Tax Refund and also a valuation of his motorcycle. After analyzing documentation provided by the Debtor, BB prepared and presented the Trustee's Motion for Turnover of Non-Exempt Assets and Documents. After obtaining and serving the order on both the Debtor and his Counsel, Trustee had to make numerous attempts to collect the funds from the Debtor. After several unsuccessful requests to the Debtor's Counsel, Trustee began negotiating

directly with the Debtor and settled with the Debtor for the estate's interest in the Personal Property. The Estate recovered gross proceeds of $4,000.00 on account of the settlement with Debtor for the Personal Property. Finally, BB prepared this final fee application.

In connection with this category, BB has expended 6.80 hours of services for which it requests compensation in the amount of $1,437.50.

### Compensation Requested

10. In connection with the foregoing services described and categorized in paragraph nine above, BB spent 6.80 hours for which the total value of the services rendered is $1,437.50. In order to provide a larger distribution to the Debtors' general unsecured creditors, BB voluntarily reduces its request for compensation and seeks and allowance of final compensation in the amount of $1,000.00

11. All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BB in this Application, as adjusted from time to time, are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement to be received by BB for services rendered to the Trustee or expenses incurred in connection with this case.

14. BB has not previously received or been promised any payments for services rendered or expenses incurred in this case.

15. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee have also been filed concurrently with this Application.

### Financial Condition of the Case

19. Trustee currently has approximately $3,990.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to general unsecured creditors totaling

approximately 7% of timely filed claims.

### Trustee's Approval

21. BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the voluntarily reduced amount of $1,000.00 for actual and necessary professional services rendered to the Trustee from December 4, 2013, through the closing of this case;

B. Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

C. For such other and further relief as this Court deems appropriate.


Dated: November 3, 2014            Baldi Berg, Ltd.

                                   Attorneys for Elizabeth C. Berg, as trustee of the estate of Timothy R. Schabb, debtor


                                   By:_____/s/_____
                                        Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago, IL  60602
312.726.8150

**Baldi Berg, Ltd.** **Timothy R. Schabb, Debtor**
**Final Fee Application** **Case No. 13-46654**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-46654 |
| | ) | |
| Timothy Schabb, | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Timothy Schabb, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation and expense reimbursement to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 14, 2014

**Prepared by:**

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

**Baldi Berg, Ltd.**                                                  **Timothy R. Schabb, Debtor**
**Final Fee Application**                                        **Case No. 13-46654**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg, Ltd.**

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**  **Timothy R. Schabb, Debtor**
**Final Fee Application**  **Case No. 13-46654**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:     (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

October 21, 2014
Invoice No:   02531

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, Illinois 60602

**In Reference to:**   *Schabb - General Admin*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 3/07/2014 | JMM | Draft Motion to Employ Attorneys (.6), Affidavit (.1), Order (.1), Edit Motion (.2) | 1.00<br>$175.00/ hr | $175.00 |
| 4/17/2014 | JMM | Review case file and consult w/ ECB re: status of turnover (.1), Draft Motion for Turnover (1.1), Order Authorizing Turnover (.2) | 1.40<br>$175.00/ hr | $245.00 |
| 4/18/2014 | ECB | Revise motion and order for turnover | 0.50<br>$325.00/ hr | $162.50 |
| 5/02/2014 | ECB | Court appearance on Trustee's motion for turnover (.2) Confer with Debtor's counsel re Debtor's desire to keep bike and negotiate sale back to D (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 8/28/2014 | JDL | TC to debtor's counsel (J. Olstein) re: status of payment to trustee (.2) Advised they are meeting with client tonight and he will bring a check to their Schaumburg Office.  Cf w/ JMM re: same (.1) Research on factors to show contempt (1.4) | 1.70<br>$250.00/ hr | $425.00 |
| 10/15/2014 | JMM | Prepare BB Fee Application (1.4), Coversheet, proposed order and affidavit (.3), Review and edit same (.2) | 1.90<br>$175.00/ hr | $332.50 |

**Baldi Berg, Ltd**    10/21/2014

Schabb - General Admin    Page    2

|  |  |
|---|---|
| Total Fees | $1,437.50 |
| Total New Charges | $1,437.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,437.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.80 | $325.00 |
| Julia D Loper | 1.70 | $250.00 |
| Jason M Manola | 4.30 | $175.00 |

**Baldi Berg, Ltd.** **Timothy R. Schabb, Debtor**
**Final Fee Application** **Case No. 13-46654**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Timothy R. Schabb, | ) | Case No. 13-46654 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this 13 day of November, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**