UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHABB, TIMOTHY R. | § | Case No. 13-46654 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) <br><br> PRIOR CHAPTER <br>    ADMIN. FEES AND CHARGES (from **Exhibit 5**) <br><br>    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) <br> GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue C/O Bankruptcy Department 100 West Randolph, Level 7 Rm 425 Chicago, IL 60601 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - TIMOTHY R. SCHABB
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-46654 DRC Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SCHABB, TIMOTHY R. | | | Date Filed (f) or Converted (c): | 12/04/13 (f) |
| | | | | 341(a) Meeting Date: | 12/30/13 |
| For Period Ending: | 03/12/15 | | | Claims Bar Date: | 05/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property commonly known as 463 independence A | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. Primary residence commonly known as 1537 S. Pembro | 170,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Chase Bank | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 4. Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. 401K with fidelity. | 35,000.00 | 0.00 | | 0.00 | FA |
| 6. Potential personal injury lawsuit. | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Dodge Ram with 125,000 miles, recently damage | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Harley Davidson Heritage Softtail with 23,000 | 6,500.00 | 3,700.00 | | 1,716.00 | FA |
| 9. Tax Refund (u)  2013 State Tax Refund | 0.00 | 284.00 | | 284.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $435,000.00 | $5,984.00 | | $4,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1 - TIMOTHY R. SCHABB**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-46654   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | SCHABB, TIMOTHY R. | Date Filed (f) or Converted (c): | 12/04/13 (f) |
| | | 341(a) Meeting Date: | 12/30/13 |
| | | Claims Bar Date: | 05/30/14 |

March 6, 2015: Trustee reviewed claims, filed TFR 12/2/14. Trustee made final distribution in January 2015 and is ready to close case.

October 29, 2014:  Trustee reviewed the Debtor's Assets and found there to be non-exempt equity in the Debtor's bank account, 2013 state and federal income tax refunds, and 2003 Harley Davidson motorcycle. Trustee obtained a turnover order for the non-exempt value of the assets. After lengthly delays by the Debtor's Counsel, Trustee obtained turnover of the value of the assets directly from Debtor. Trustee has reviewed claims, her Final Report, and distributed funds.

Initial Projected Date of Final Report (TFR): 12/30/14       Current Projected Date of Final Report (TFR): 12/30/14

/s/     Elizabeth C. Berg, Trustee
_____ Date: 03/12/15
    ELIZABETH C. BERG, TRUSTEE

FORM 2 TIMOTHY SCHABB

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-46654 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | SCHABB, TIMOTHY R. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6164 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2154 | | | |
| For Period Ending: | 03/12/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/14 | | TIMOTHY R SCHABB<br>529 SHENANDOAH TRAIL<br>ELGIN, IL 60123-2645 | TURNOVER- VALUE OF NONEXEMPT ASSETS | | 4,000.00 | | 4,000.00 |
| | 3 | SCHABB, TIMOTHY | Memo Amount: 2,000.00 | 1129-000 | | | |
| | 9 | SCHABB, TIMOTHY | Memo Amount: 284.00 | 1224-000 | | | |
| | 8 | SCHABB, TIMOTHY | Memo Amount: 1,716.00 | 1129-000 | | | |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 01/14/15 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,000.00 | 2,990.00 |
| 01/14/15 | 001002 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,000.00 | 1,990.00 |
| 01/14/15 | 001003 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, IL 60606 | Claim 000001, Payment 7.87% | 7200-000 | | 1,409.48 | 580.52 |
| 01/14/15 | 001004 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP, | Claim 000002, Payment 7.87% | 7200-000 | | 580.52 | 0.00 |

Page Subtotals 4,000.00 4,000.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2 TIMOTHY SCHABB

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-46654 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | SCHABB, TIMOTHY R. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6164 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2154 | | |
| For Period Ending: | 03/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1 North Wacker Drive, Suite 4400, Chicago, IL 60606 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 4,000.00 | COLUMN TOTALS | | 4,000.00 | 4,000.00 | 0.00 |
| Memo Allocation Disbursements: | | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,000.00 | 4,000.00 | |
| Memo Allocation Net: | | 4,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,000.00 | 4,000.00 | |
| Total Allocation Receipts: | | 4,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | | 0.00 | Checking Account (Non-Interest Earn - *******6164 | | 4,000.00 | 4,000.00 | 0.00 |
| Total Memo Allocation Net: | | 4,000.00 | | | 4,000.00 | 4,000.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*